**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 10-1110

FERENC K. CSABAI,

               Plaintiff – Appellant,

      v.

MARTEK BIOSCIENCES CORPORATION; HENRY LINSERT, JR.;
RICHARD J. RADMER; THOMAS C. FISHER; JEROME C. KELLER;
PETER L. BUZY; GEORGE P. BARKER; JULES BLAKE; ANN L.
JOHNSON; DOUGLAS J. MACMASTER; JOHN H. MAHAR; SANDRA PANEM;
EUGENE H. ROTHERG; WILLIAM D. SMART; JAMES FLATT; ROBERT J.
FLANAGAN,

               Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Catherine C. Blake, District Judge.
(1:09-cv-02280-CCB)

Submitted:  June 17, 2010          Decided:  June 24, 2010

Before MOTZ and KING, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Ferenc K. Csabai, Appellant Pro Se. Mark D. Gately, Scott R.
Haiber, Andrea William Trento, HOGAN LOVELLS US LLP, Baltimore,
Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ferenc K. Csabai appeals the district court's order granting summary judgment to Defendants. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Csabai v. Martek Biosciences Corp., No. 1:09-cv-02280-CCB (D. Md. Dec. 23, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED